UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NOLAN KLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | 3: 05-CV-00390-PMP-VPC |
| | ) | |
| v. | ) | |
| | ) | |
| DON HELLING, et al., | ) | O R D E R |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court are the Reports and Recommendations (#65 and #66) of the Honorable Valerie P. Cooke, United States Magistrate Judge, filed January 17, 2007. No Objections to the Magistrate Judge's Reports and Recommendation were filed in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Reports and Recommendation of Magistrate Judge Cooke should be affirmed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Reports and Recommendations (#65 and #66) filed January 17, 2007, are affirmed, Plaintiff's Motion for Preliminary Injunction (#36) and Motion for Summary Judgment (#38) are

\\\

\\\

denied, and Defendants' Cross-Motion for Summary Judgment (#50) is denied as to the retaliation claim and granted as to the conspiracy claim.

DATED: February 12, 2007

_____
PHILIP M. PRO
United States District Judge